UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT & VICTORIA KIRGIN )<br>)<br>Plaintiffs )<br>)<br>vs. )<br>)<br>APOTHAKER & ASSOCIATES, P.C. )<br>)<br>Defendant )<br>) | Case Number: 2:10-cv-5327-LDD |

STIPULATION OF DISMISSAL

AND NOW, this 19th day of April 2010, it is hereby Stipulated and Agreed by and between counsel for Plaintiffs and counsel for Defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ *Brent F. Vullings*
Brent F. Vullings, Esquire
Attorney for Plaintiffs

Richard A. Kessler & Associates

BY: /s/ Richard A. Kessler
Richard A. Kessler, Esquire
Attorney for Defendant